| STATE OF LOUISIANA | * | NO. 2024-KA-0737 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| HOWARD E. BLUE | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*JCL*     **LOBRANO, J., CONCURS IN THE RESULT**